#36084761609 (CAPITAL ONE BANK - ACCOUNT / TRANSACTION) etc-etc.

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF TEXAS
__WICHITA FALLS__ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 14 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

__Demarcus Kenard Joe #01049916__
Plaintiff's Name and ID Number

__James V. Allred / ocu 7I-30 Bottom__
Place of Confinement

CASE NO. __7-23CV-078-O__
(Clerk will assign the number)

V.

__IRS (DEPT. OF THE TREASURY / INTERNAL REVENUE SERVICE)__
Defendant's Name and Address

__Better Bureau Business ("BBB")__
Defendant's Name and Address

__CAPITAL ONE NA BANK__
__(#031176110 / specifically individual accounts)__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15



**IRS** Department of the Treasury
Internal Revenue Service

KANSAS CITY MO 64999-0025

In reply refer to: 0731473900
May 09, 2023    LTR 129C    0
***-**-7362    202012  30
                00003011
BODC: WI

DEMARCUS K JOE   *currently House*
01047716
2101 FM 369 N   *7I-30 Bottom*
IOWA PARK   TX   76367-6568

030412

*# 3,200.⁰⁰ hundand dollars*

Taxpayer identification number:   ***-**-7362
Tax Periods: Dec. 31, 2020          *business*
Form: 1040

Dear Taxpayer:

We are responding to your inquiry dated Mar. 23, 2023.

On May 26, 2021, we deposited your refund of $1,805.15 into account number 36084761609 at Capital One N.A. 031176110, as requested. If you have questions about this refund, contact your financial institution.

You can contact Capital One N.A. at 844-309-0809. To claim the $1,400.00 Recovery Rebate Credit, file a 2021 Form 1040 US Individual Tax Return, if you are eligible.

If you have questions, you can call 800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter.

You can get any of the forms or publications mentioned in this letter by calling 800-TAX-FORM (800-829-3676) or visiting our website at www.irs.gov/formspubs.

When you write, include a copy of this letter, and write your telephone number and the hours we can reach you in the spaces below.

Telephone number (    )_____  Hours_____

Keep a copy of this letter for your records.

Thank you for your cooperation.

```
                                                        0731473900
                                    May  09, 2023   LTR 129C    0
                                    ***-**-7362   202012 30
                                                        00003012
```

DEMARCUS K JOE
01047716
2101 FM 369 N
IOWA PARK   TX   76367-6568

                                      Sincerely yours,

                                      *[signature]*

                                      Deirdre Gray-Torres
                                      Department Manager

Enclosures:
Copy of this letter
Envelope



# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: _____
Date Received: _____
Date Due: _____
Grievance Code: _____
Investigator ID #: _____
Extension Date: _____
Date Retd to Offender: _____

Offender Name: Demarcus Kenord Joe   TDCJ# 01049716
Unit: JA   Housing Assignment: 3C-66B II-30B
Unit where incident occurred: James V. Allred

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Law Library staff / Warden Seacentry   When? May 30, 2023
What was their response? Go File The ("AEC - Account Equdilty credict" BANK")
What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On May 30, 2023 I got a letter from the Law library too compelete a "CAPITOL ONE BANK ACCOUNT" Forms, too removed my "money" from my IRS (Internal Revenue Service) bank account. On June 03, 2023 like 4 to 5 days later the Law Library shot me (2) FORMS: 1st Form AEC (Account Equdilty creditct) which is the main bank form; now 2st Form was a Money slip   this money slip is required too balance the bank with the $300.00 dollars removed off my BANK ACCOUNT; 3rd MY BANK ACCOUNT numbers is #3608476I609 this is the only bank account that got a total of $1,805.15 cent. This is the same request I've been waiting for about 2 months right now? The IRS contact me and told me my money $1,805.15 was sent too CAPITOL ONE BANK ACCOUNT is holding your money write them and talk too them. I did that immiedittly!! I Exhusted all remedies. Now i would like my on - BANK ACCOUNT INVESTIGATION, Transcript and wire one copy too Brad collier I will novaify him in a later time before am discharge a 30 years sentence for Drug related witness and "many reason" too hit me for Drug conspirary and MURDER. PLEACE contact me when you recevied this AEC (bank Forms) that is house in the James V. Allred unit for false (Aid) aid-vestment record documents on the Allred unit.

JUL 20 2023
JUL 24 2023

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

JUL 20 2023
JUL 24 2023

JUL 20 2023
JUL 24 2023

**Action Requested to resolve your Complaint.**
Am just trying too get my "Money" sent too my TDCJ Account in A.S.A.P !!! (etc. etc.)

**Offender Signature:** Orr Reel Joel        **Date:** July 16, 2023

**Grievance Response:**



**Signature Authority:** _____        **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**      *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☒ 9. Redundant, Refer to grievance # 2023133512
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** H. Marrs  H.M.

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**
Initial Submission      UGI Initials: HM
Grievance #: 2023133527
Screening Criteria Used: 599.09
Date Recd from Offender: AUG 2 9 2023 / JUL 2 0 2023
Date Returned to Offender: AUG 2 9 2023 / JUL 2 0 2023

2nd Submission      UGI Initials: HM
Grievance #: 2023133527
Screening Criteria Used: 599.09
Date Recd from Offender: JUL 24 2023
Date Returned to Offender: JUL 24 2023

3rd Submission      UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: __NONE ABOVED__
        2. Parties to previous lawsuit:
           Plaintiff(s) __NA__
           Defendant(s) __NA__
        3. Court: (If federal, name the district; if state, name the county.) __WICHITAFALLS__
        4. Cause number: __#360847611609 (BANK ACCOUNT)__
        5. Name of judge to whom case was assigned: __NA__
        6. Disposition: (Was the case dismissed, appealed, still pending?) __NA__
        7. Approximate date of disposition: __NA__

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: James V. Allred unit/cell 7I-30 Bottom

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
ATTACH (1 step 1 grievance, copy other step 1 & 2 etc.-etc)

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Demarcus Kenord Joe #01047716, James V. Allred unit/cell 7I-30 Bottom; 2101 F.M. 369 NORTH; Iowa Park, Texas 76367

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: IRS (Department of the Treasury Internal Revenue Service Kansas City MO 64999-0025) "Felony Thief"

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
The Deposited for $3,205.15 was FRAUD & FRAUDATED, False aidvestment (etc.-etc)

Defendant #2: Capital One N.A. (BANK) at #031176110 "Felony Thief"

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
("Bank Account Number #36084961609 is FRAUD, False Aidvestment/A.E.C." - etc. etc.)

Defendant #3: Better Bureau Business unit (LAW LIBRARY) - "BBB" James V. Allred unit 2101 FM 369 N; Iowa Park, Texas 76367 "Felony Thief"

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
A.E.C./money slip equitment was FRAUD/FRAUDATED, False Aidvestment

Defendant #4: Texas Department of Criminal Justice (Inmate Trust fund statement of Accounts); P.O. Box 60 Huntsville, Texas 77342-0060

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Above Right Now address
Deposited my $3,205.15 cent in my (TDCJ #01047716 Account) "They also put a FBI-whistleblower (person) and broadcast back off my transaction, civil lawsuit etc.-etc, investigation

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

CAPITAL ONE (BANK) STOLEN $1,805.15 thousand dollars and $1,400.00 hundred dollars from me because am in Prison. I received this money on (MAY 09, 2023) see "attachment". The IRS deposited. On MAY 29, 2023 I filed a A.E.C. (Bank form) too get $300.00 hundred dollars mailed every 5th/10th of the MONTH! The A.E.C. (bank form) was giving too me by the "BBB" James V. Allred unit "LAW library". They also gave me a FRAUD & FRAUDATED AInvestment I wrote grievance #02023133512 July 20, 2023 were they refuse too investigation my (BANK) #031196110 all total owe: [Total $3,205.15 cent/thousand dollars].

VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Put my $3,205.15 cent/thousand dollars on my (ITF - TEXAS INMATE TRUST Funds BAnk ACCOUNT) RIGHT NOW!

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Demarcus Kenard Joe, "OC" and Lil 2onik (my nickname)

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#01047916 (TDCJ) / NO Felony-R-Prison ("TEXAS ONLY")

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: NONE ABOVE
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ✓ NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____NA_____
2. Case number: _____NA_____
3. Approximate date warning was issued: _____NA_____

Executed on: July 28, 2023 (Friday)
            DATE

_Demarcus Kenord Joe #01047716_
_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __28TH__ day of __July__, 20 __23__.
            (Day)           (month)         (year)

_Demarcus Kenord Joe #01047716_
_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

U.S. District Court
Clerk
Northern District of Texas
1000 LAMAR St. Room 203
Wichita Falls, TX 76301-34

Dear Clerk,

Read this really carefully I'm currently House on th James V. Allred unit/ cell 7I-3 2101 F.M. 369N; Iowa Park, Texas 76367.

The "Capitol ONE BANK" and "Better Bureau Business" (Law Library) do not wont to Transacted my $3,205.⁵⁵ Thousand dollars.

Am not in a Established - relationship, STG codeing oder, are refuse too use the Indigent supplies (etc-etc) with the Law Library.

("TRAP inside is seven Individual page") too this claim include IRS, grievance, onA 5 sheets 1983 Federal writ Today ☜ (July 28, 2022

#03
N-A.(BANK company) or STORE.

#036084761609 (BA)(BA)
&1,805.¹⁵ cent (1 BANK ACCOUNT)
&1,400.⁰⁰ cent (2 BANK Account)

on False imprisonment on
Murder (lineup fingerprint)
charges.

R | 5

DeMarcus Kenard Joe #04996
ALP/adult unit/cell #I-30 Bottom
FM 369 North
Iowa Park, Texas 76367



RECEIVED
AUG 14 2023

NORTH TEXAS TX P&DC
DALLAS TX 750
1 AUG 2023 PM 8 L

United States District Court
Office of The Clerk
Northern District of Texas
1000 Lamar St. Room 203
Wichita Falls, Texas 76301-3431



76301-343153